**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE SUNEDISON, INC., SECURITIES
LITIGATION

MDL DOCKET NO. 2742

**AMENDED PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Pyramid Holdings, Inc's Response In

Opposition To Petitioner Municipal Employees' Retirement System Of Michigan's Motion To Transfer

Actions Pursuant To 28 U.S.C. § 1407 has been electronically filed with the Judicial Panel on

Multidistrict Litigation using the CM/ECF system.  I further certify that the following parties were served

by US Mail on August 29, 2016:

State Street Bank & Trust Co.
Copley Place
100 Huntington Avenue
Boston, MA 02116

Goldman, Sachs & Co.
200 West Street
New York, NY 10282

Merrill Lynch Pierce,
Fenner & Smith, Inc.
1 Bryant Park
New York, NY 10036

Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005

Morgan Stanley & Co. LLC
1585 Broadway
New York, NY 10036

J.P. Morgan Securities LLC
277 Park Avenue
New York, NY 10172

Macquarie Capital (USA), Inc.
125 W. 55th Street, 22nd Floor
New York, NY 10019

MCS Capital Markets LLC
9 West 57th Street, 41st Floor
New York, NY 10019


Dated: August 29, 2016                    */s/ Ian D. Berg*

                                          IAN D. BERG
                                          ABRAHAM, FRUCHTER &
                                          TWERSKY, LLP
                                          11622 El Camino Real, Suite 100
                                          San Diego, CA 92130
                                          Tel: (858) 764-2580
                                          Fax: (858) 764-2582
                                          *iberg@aftlaw.com*

                                          *Attorneys for Pyramid Holdings, Inc.*